IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alan Wade Johnson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2701 |
| | § | |
| Texas Board of Criminal Justice et al, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Floyd P. Tarvin IV's application to proceed in forma pauperis (document no. 42) is GRANTED.

Signed at Houston, Texas this 14TH day of September 2006.

*/s/ Ewing Werlein, Jr.*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE